**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000340
17-FEB-2012
10:08 AM**

NO. CAAP-11-0000340

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASSOCIATE OF APARTMENT OWNERS OF WARD KINAU,
a Hawai'i nonprofit corporation, by and
through its Board of Directors, Plaintiff-Appellee,
v.
BRENT ALAN THUNEM; CITY AND COUNTY OF HONOLULU,
Defendants-Appellants,
and
JOHN DOES 1-20; JANE DOES 1-20; et al.,
Defendants

---

BRENT ALAN THUNEM, Third-Party Plaintiff-Appellee,
v.
JESSICA RAY KILE, Third-Party Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-1859)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record it appears that: (1) the jurisdictional statement of Third-Party Defendant/Appellant Jessica P. Kile (Appellant) was due on June 16, 2011 and the opening brief was due on July 18, 2011; (2) on January 30, 2012, the appellate clerk provided notice to Appellant that: (a) the time to file the jurisdictional statement and the opening brief

expired; (b) the matter would be called to the attention of the court on February 9, 2012 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30; and (3) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default.  Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  February 17, 2012.

Presiding Judge

Associate Judge

Associate Judge

-2-